















RXC   5/29/02   11:17
3:02-CV-01042   RIBERA V. US DEPT HEALTH
*3*
*DECL.*

Douglas V. Brust, Esq.   SBN 059185
**SHIFFLET KANE & KONOSKE, LLP**
1230 Columbia Street, Suite 900
San Diego, CA 92101
Telephone:   (619) 239-0871

Attorneys for MOVANT

FILED

02 MAY 28  PM 3: 02

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

JEFFREY RIBERA,

        Movant,

    vs.

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES,

        Respondent.

) Case No.
) 02CV 0 1 0 4 2 H  (NLS)
)
) DECLARATION OF DOUGLAS V.
) BRUST IN SUPPORT OF ORDER
) PURSUANT TO CUSTOMER CHALLENGE
) PROVISIONS OF THE RIGHT TO
) FINANCIAL PRIVACY ACT OF 1978
)
)
) DATE:    7/22/02
) TIME:    10:30 a.m.
) PLACE:   Courtroom 1
) JUDGE:
)
)
)

I, Douglas V. Brust, declare:

1.   I am an attorney at law duly authorized to practice before all the courts of the State of California and a partner with the firm of Shifflet, Kane & Konoske, attorneys of record for Movant JEFFREY RIBERA.

2.   The following facts are within my personal knowledge and I could, and would competently testify thereto in a court of law.

3.   Attached to these moving papers, and incorporated herein by reference, is a true and correct copy of a letter to Special Agent

1

Dec. of Douglas Brust in Support of Motion to Quash

1  Gerald Roy confirming an extension of time for production of records
2  pursuant to the subpoena in question as well an extension of time
3  within which to file this challenge motion to quash to May 30,
4  2002.

5      I declare under penalty of perjury under the laws of the State
6  of California that the foregoing is true and correct.

7      Executed this _____ day of _____, 2002,
8  at San Diego, California.

9                              _____
                               Douglas V. Brust, Declarant
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                              2

# SHIFFLET KANE & KONOSKE, LLP

ATTORNEYS AT LAW

GREGORY C. KANE   D. AMY AKIYAMA
GREGORY P. KONOSKE   JIDI WONG
DOUGLAS BRUST

1230 COLUMBIA STREET, SUITE 900
SAN DIEGO, CALIFORNIA 92101-8517
TELEPHONE (619) 239-0871
FAX (619) 544-9672
www.shiffletlaw.com

RIVERSIDE/PALM SPRINGS OFFICE
INDIAN WELLS VILLAGE
74-900 HIGHWAY 111, SUITE 216
INDIAN WELLS, CALIFORNIA 92210
(760) 568-3135
FAX (619) 544-9672

WILLIAM C. SHIFFLET
Retired

May 21, 2002

Writer's Direct Dial No. (619) 685-4333

<u>Via Facsimile</u>
(619) 557-7023

Special Agent Gerald Roy
Office of Investigation
U.S. Department of Health
and Human Services
750 B St., Ste. 1820
San Diego, CA 92101

RE:   **<u>UNITED STATES OF AMERICA VS. U.S. SEMINAR
CORPORATION</u>**

RE:   **<u>OI FILE NO. L-00-00882-9</u>
<u>SUBPOENAS FOR BANK RECORDS OF JEFF RIBERA,
RICHARD PRICE, MARY PRICE,
AND DARRELL BRAITHWAITE</u>**
Our File No.   :   DE11727Z

Dear Agent Roy:

This letter will confirm our telephone conversation of Monday, May 20, 2002, wherein you were kind enough to extend the subpoena production date in the above-referenced matters for one week from the current May 28, 2002 date. The new production date will be June 4, 2002.

In accordance with the foregoing, and with all of the telephone conversations we have had on this matter, it was agreed that any Motion to Quash these subpoenas will now need to be filed on or before Thursday, May 30, 2002, as opposed to the previous date of Thursday, May 23, 2002.

You stated that you would be contacting Ms. Cynthia Pierce from the Legal Process Department of Union Bank of California advising her that the new due date for this Motion to Quash is May 30, 2002. It will be on or before that date that I will then send them a copy of any conformed Motion to Quash.

Thank you for your cooperation in this matter. I look forward to talking with you and confirming that you have notified Ms. Pierce of our conversation.

                              Very truly yours,

                              Douglas Brust, Esq.

DVB:lp
cc: Cynthia Pierce
      Fax # (510) 577-8245