USDC SCAN INDEX SHEET
Case 3:02-cv-01042-H-NLS   Document 13   Filed 08/08/02   Page 1 of 2

















```
CAG    8/8/02    11:40
3:02-CV-01042   RIBERA V. US DEPT HEALTH
*13*
*CLKJGM.*
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE        Case Number: 3:02-cv-01042

Jeffrey Ribera - PLAINTIFF

v.

US Dept Health - DEFENDANT

FILED
AUG 8 2002
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

— JURY VERDICT. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X DECISION BY COURT. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT Court denies Petitioner's motion to quash subpoena.................................................

8/8/02                           W. Samuel Hamrick, Jr.
_____                        _____
Date                                    . Clerk

                                 by C. Gunter, Deputy Clerk
                                 Entered on 8/8/02

                                 pre - Huff
                                 ref - Stormes

13